Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

MAR 14 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                                      DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONSO LEMUS LUCATERO, et al.,<br><br>Defendants. | NO. CR14-5546RBL<br><br>[~~PROPOSED~~]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following property:

(a) A sum on money in the amount of one thousand two hundred and eighty-five dollars ($1,285.00) seized from Defendant's residence in Des Moines, Washington on December 11, 2014;

(b) One (1) Glock 17 .9mm Pistol, bearing Serial No. LCD913, with any ammunition and/or accessories, seized from the Chinaloa restaurant on December 11, 2014; and

(c) One (1) Box of Remington .40 Caliber S&W Ammunition.

On October 5, 2015, this Court entered a Preliminary Order of Forfeiture, in the above-captioned case, forfeiting defendant ALONSO LEMUS LUCATERO's interest in the above-described property.

The Court finds that the above-described property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1)

FINAL ORDER OF FORFEITURE - 1
U.S. v. Alonso Lemus Lucatero, et al., Case No. CR14-5546RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WA 98402
(253) 428-3800

Case 3:14-cr-05546-RBL   Document 348-2   Filed 03/01/16   Page 2 of 3

1. and Title 28, United States Code, Section 2461(c), and based on defendant's guilty plea to
2. Conspiracy to Distribute Controlled Substances, the lesser included offense of that charged
3. in Count One (1) of the Superseding Indictment, in violation of Title 21, United States Code,
4. Sections 841(a)(1), (b)(1)(B) and 846, Alien in Possession of a Firearm, as charged in Count
5. 21 of the Superseding Indictment, in violation of Title 18, United States Code,
6. Section 922(g)(5), and upon the defendant's agreement to forfeit the property.
7.     Pursuant to Title 21, United States Code, Section 853(n), the United States published
8. notice on an official government forfeiture website, currently www.forfeiture.gov for thirty
9. (30) days beginning October 8, 2015 and ending on November 6, 2015. In the publication,
10. the United States published notice of the Preliminary Order of Forfeiture and the intent of the
11. United States to dispose of the property in accordance with law. This notice further stated
12. that any person other than the defendant having or claiming an interest in the property was
13. required to file a petition with the Court within sixty (60) days of the first date of publication,
14. setting forth the nature of the petitioner's right, title, and interest in the property.
15.     On or about December 24, 2015, a copy of the Preliminary Order of Forfeiture in the
16. above-captioned criminal case was sent to Esther D. Duran, via regular mail as well as
17. certified mail, return receipt requested, Article Number 7014 2870 0001 3178 5477, through
18. the U.S. Postal Service. The certified letter was delivered, and the return receipt was
19. returned to the United States on or about January 8, 2016.
20.     All persons and entities believed to have an interest in the property subject to
21. forfeiture were given proper notice of the intended forfeiture.
22.     No petitioners or claimants have come forth to assert an interest in any of the forfeited
23. properties, and the time for doing so has expired.
24.     Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
25. property is hereby fully and finally condemned and forfeited to the United States in its
26. entirety:
27.
28.

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Alonso Lemus Lucatero, et al.*, Case No. CR14-5546RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WA 98402
(253) 428-3800

    (a)    A sum on money in the amount of one thousand two hundred and eighty-five dollars ($1,285.00) seized from Defendant's residence in Des Moines, Washington on December 11, 2014;

    (b)    One (1) Glock 17 .9mm Pistol, bearing Serial No. LCD913, with any ammunition and/or accessories, seized from the Chinaloa restaurant on December 11, 2014; and

    (c)    One (1) Box of Remington .40 Caliber S&W Ammunition.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party. The United States Marshals and/or its authorized agents/representatives are authorized to dispose of the above-referenced property in accordance with law.

IT IS SO ORDERED.

DATED this _12th_ day of March, 2016.

                                            _[signature]_
                                            RONALD B. LEIGHTON
                                            United States District Judge

Presented by:

_s/ Matthew H. Thomas_
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
Email: Matthew.H.Thomas@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
U.S. v. Alonso Lemus Lucatero, et al., Case No. CR14-5546RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WA 98402
(253) 428-3800